1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS KLEIN, a married man, <br><br> Plaintiff, <br> v. <br><br> ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurance company , <br><br> Defendant. | CASE NO. 3:21-cv-05756-TL <br><br> ORDER REGARDING PARTIES' NOTICE OF SETTLEMENT |

In accordance with Local Civil Rule 11(b), the Parties notified the Court that they have reached a settlement agreement and that they intend to submit a stipulated dismissal. Pursuant to Section VII of the Court's Standing Order for All Civil Cases, it is hereby:

ORDERED that Parties shall submit a stipulated dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), **within thirty (30) days of this Order**.

If the Parties do not submit a stipulated dismissal by the above deadline, the Court will enter its standard order of post-settlement dismissal, allowing the Parties to reopen the case if they have not perfected the settlement agreement **within sixty (60) days of the dismissal order**.

It is further ORDERED that all pending deadlines in this case are STRICKEN.

IT IS SO ORDERED.

Dated this <u>4th</u> day of February 2022.

_____
Tana Lin
United States District Judge